# Court of Appeals
# of the State of Georgia

ATLANTA, July 02, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1659. LOLETHA HALE v. AMEIKA P. BANKS.

Loletha Hale filed a petition in the superior court seeking review of a decision of the Henry County Board of Elections and Voter Registration disqualifying her as a candidate for judge of the Henry County State Court. The superior court denied the petition, and Hale appeals directly to this Court.

The Supreme Court "has exclusive appellate jurisdiction over '[a]ll cases of election contest.'" *Cook v. Bd. of Registrars*, 291 Ga. 67, 68 (2) (a) (1) (727 SE2d 478) (2012) (quoting Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (2)). Because the underlying subject matter of this action is an "election contest," it appears that jurisdiction over this appeal may lie in the Supreme Court. See *Camp v. Williams*, 314 Ga. 699, 699 (879 SE2d 88) (2022) (exercising jurisdiction in "a dispute over who can run" for a judgeship in an upcoming election). Further, the Supreme Court has the ultimate responsibility for determining appellate jurisdiction. See *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996). Accordingly, this appeal is TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/02/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.